UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                CRIMINAL NO. 21-cr-20467

v.

                                      HON. ARTHUR J. TARNOW

AARON ZHENG,

                Defendant.

_____/

## GOVERNMENT'S SENTENCING MEMORANDUM

Defendant Aaron Zheng is scheduled to be sentenced on November 18, 2021.   For the reasons provided below, the Government recommends a non-custodial sentence of 3 months on each count, concurrent, which is the midpoint of the applicable range of 0-6 months.

I.      PROCEDURAL BACKGROUND

On October 7, 2021, Zheng pleaded guilty to a two-count Information which charged Unlawful Employment of Alien(s) in violation of Title 8, United States Code, Section 1324A(a)(1)(A) and 1324(f)(1). Both offenses are Class B misdemeanor offenses, which carry a maximum period of imprisonment of 6 months. Zheng entered his plea in accordance with a Rule 11 Plea Agreement

1

which provided that the Government would recommend a non-custodial sentence. The Government also agreed to recommend that no period of supervised release should be imposed.

## II.     FACTUAL BACKGROUND

Zheng is a naturalized United States citizen. During 2017 and 2018, Zheng owned and operated Teppanyaki Grill and Buffet restaurant located in Westland, Michigan. During the period of March 2017 through March 2018, he engaged in a pattern and practice of hiring non-citizens to work in the restaurant. (PSR ¶ 9). Two such non-citizens were identified as Elias Gonzalez-Ramos and David Diaz-Diaz. (*Id.*). Zheng was aware that the employees were unlawfully in the United States and were not permitted to work in the United States. (Rule 11, Page 3, PSR, ¶ 9).

## III.    SENTENCING CALCULATION

### A.     Statutory Maximum Sentences

Counts 1, 2:   Unlawful Employment of Aliens, in violation of 8 U.S.C. §1324A(a)(1)(A) and §1324 (f)(1), Up to 6 months' imprisonment, each count, assessment $10 each count. $3000 maximum fine, each count. Class B misdemeanor.

*Criminal History Category*:

Defendant has no known prior criminal history.

IV.    ANALYSIS OF 18 U.S.C. §3553(A) FACTORS

A non-custodial sentence of 3 months, the mid-point of the statutory maximum penalty, appropriately takes into account the factors identified in 18 U.S.C. §3553(a), and, in view of the totality of the circumstances and facts of Defendant's case, is reasonable. The sentences should be imposed on each count, concurrent to each other.   The most relevant sentencing factors for this Court to consider are as follows:

Nature and Circumstances of the Offense/History and Characteristics of Defendant

Zheng hired non-citizens to work in his restaurant, fully aware that the employees were illegally in the United States and that his actions in employing such individuals was illegal. Although his actions in employing the non-citizens were illegal, there is no evidence that his intentions were anything other than selfish. Overall, his actions demonstrated a lack of respect for the laws in the United States.   Zheng has expressed remorse for his conduct and has indicated his intention to refrain from employing non-citizens in the future. In fact, Zheng now resides outside of Michigan and is no longer employed in the restaurant field.   A sentence to promote his respect for the laws should be imposed. A non-custodial sentence of 3 months would be sufficient, but not greater than necessary to achieve that goal.

3

<u>Need for Sentence Imposed to Reflect the Seriousness of the Offense, Promote Respect for the Law and to Provide Just Punishment for the Offense and the Need for the Sentence to Afford Adequate Deterrence to Criminal Conduct</u>

Because this Court is obligated to impose a sentence necessary to reflect the seriousness of the offense, promote respect for the law and to provide just punishment for the offense, as well as a sentence to afford adequate deterrence to criminal conduct, a non-custodial sentence of 3 months is warranted.

<u>The Need for the Sentence Imposed to Provide Defendant with Needed Educational or Vocational Training, Medical Care, or Other Correctional Treatment in the Most Effective Manner</u>

There is no indication that Zheng needs specialized medical care or correctional treatment (PSR, ¶ 57).

<u>The Need to Avoid Unwarranted Sentence Disparities Among Defendants with Similar Records Who Have Been Found Guilty of Similar Conduct</u>

A sentence within the calculated range is appropriate to avoid unwarranted sentence disparities with defendants who have similar criminal records and who engage in similar type criminal activity. On October 21, 2021, the Honorable Linda V. Parker, United States District Judge for the Eastern District of Michigan. sentenced a related defendant, with similar charges, to a sentence of time served (1 day) with no period of supervised release.

VI.    CONCLUSION

The Probation Officer has not identified any factors to warrant a departure from the applicable sentencing range (PSR, ¶ 49). Because the offenses to which Zheng has pleaded guilty are Class B misdemeanors, the sentencing guidelines do not apply and the Court has the option to sentence Zheng to up to 6 months imprisonment on each offense, concurrently or consecutively. The Government has recommended a non-custodial sentence. Probation and/or supervised release are available sentencing options. The government recommends a non-custodial sentence of 3 months on each count, to be served concurrently, with no supervised release to follow.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

*s/Timothy P. McDonald*
Timothy P. McDonald
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226
(313) 226-0221
timothy.mcdonald@usdoj.gov

Dated: November 10, 2021

5

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2021, I electronically filed the

foregoing document with the Clerk of the Court using the ECF system.


Arthur J. Weiss, Attorney for Defendant


s/Timothy P. McDonald
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
(313) 226-0221
timothy.mcdonald@usdoj.gov


6